UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LAURIE JEANNE POWERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    NO. 2:23-cv-00059 |
| | ) |
| CTP MITCHELL CREEK, LLC, d/b/a | ) |
| MITCHELLE CREEK MARINA, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 15). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE